|  |  |
|---|---|
| | IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA |
| CHARLES (LEE) CROWE | CASE NO.: 16-2012-CA-003707 |
| Plaintiff, | DIVISION: CV-E |
| v. | 3:12-cv-1258-J-99TJC-MCR |
| BGR ACQUISITION, LLC, a Florida limited liability company, SUNCREST HEALTHCARE, INC., a foreign corporation, ENTERPRISE FLEET MANAGEMENT, INC., a foreign corporation | |
| Defendants.     / | |

## AMENDED COMPLAINT

COME NOW the Plaintiff, CHARLES (LEE) CROWE and sues Defendants, BGR ACQUISITION, LLC, a Florida limited liability company, SUNCREST HEALTHCARE, INC., a foreign corporation, ENTERPRISE FLEET MANAGEMENT, INC., a foreign corporation, and allege:

### COUNT I

1. This is an action for damages that exceed the sum of $15,000.00 exclusive of costs and interest.

2. At all times material hereto, Defendant, **BGR ACQUISITION, LLC,** was and is a Florida limited liability company, duly licensed to conduct business and doing business within the State of Florida, and wholly owned by Defendant, **SUNCREST HEALTHCARE, INC.**

3. At all times material hereto, Defendant, **SUNCREST HEALTHCARE, INC.,** was

1

and is a foreign profit corporation, duly licensed to conduct business and doing business within the State of Florida.

4. At all times material hereto, Defendant, **ENTERPRISE FLEET MANAGEMENT, INC.**, was and is a foreign profit corporation, duly licensed to conduct business and doing business within the State of Florida.

5. At all times material hereto, Defendant, **BGR ACQUISITION, LLC**, employed ROSEMARIE CHURCHILL.

6. On or about June 16, 2011, ROSEMARIE CHURCHILL, operated a motor vehicle, owned by Defendant, **ENTERPRISE FLEET MANAGEMENT, INC**, on State Road 134, also known as 103rd Street, at or near its intersection with I-295 in Jacksonville, Duval County, Florida, and caused it to crash into a motor vehicle owned and operated by Plaintiff, **CHARLES (LEE) CROWE**.

7. At the time and place of the collision, ROSEMARIE CHURCHILL, negligently operated the vehicle she was driving, while in the course and scope of her employment with the Defendant, **BGR ACQUISITION, LLC**, and it is responsible for her negligence.

8. As a direct and proximate cause of ROSEMARIE CHURCHILL's negligence, Plaintiff, **CHARLES (LEE) CROWE**, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

9. This action is not subject to the tort threshold requirements contained in Florida Statute Annotated Section 627.737 as Plaintiff, **CHARLES (LEE) CROWE**, has sustained permanent injuries within a reasonable degree of medical probability as well as permanent and significant scarring and disfigurement.

**WHEREFORE**, Plaintiff, **CHARLES (LEE) CROWE** demand judgment for compensatory damages plus costs against Defendants, **BGR ACQUISITION, LLC, SUNCREST HEALTHCARE, INC., and ENTERPRISE FLEET MANAGEMENT, INC.**, and demand trial by jury of all issues contained herein.

BARNES & COHEN, P.A.

By: _____
GLENN E. COHEN, ESQ.
Florida Bar No. 0187695
**REBECCA H. COZART, ESQ.**
Florida Bar No. 0487570
2747 Art Museum Drive, Suite 500
Jacksonville, FL 32207
Telephone: 904.396.5181
Telefax: 904.396.9008
**ATTORNEYS FOR PLAINTIFF**