**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CHARLES (LEE) CROWE,

    Plaintiff,

vs.                                                      Case No. 3:12-cv-1258-J-32MCR

BGR ACQUISITION, LLC, SUNCREST
HEALTHCARE, INC. and ENTERPRISE
FLEET MANAGEMENT, INC.,

    Defendant.

## ORDER

Upon review of the parties' Joint Stipulation of Dismissal (Doc. 15), filed on March 7, 2013, this case is dismissed with prejudice.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, on this 11th day of March, 2013.

_____
TIMOTHY J. CORRIGAN
United States District Judge

sa.

Copies:

Counsel of Record